# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/5/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00176DAE |
| CASE NAME: | USA v. (09)Maria Mercedes Zepeda |
| ATTYS FOR PLA: | Jonathan Loo |
| ATTYS FOR DEFT: | Alan Dressler |
| USPO: | Ellie Asasaki |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 3/5/2007 | TIME: | 2:15pm-3:00pm |

COURT ACTION:  EP: Sentencing to Count 1 of the First Superseding Indictment and to the Felony Information as to Defendant (09)Maria Mercedes Zepeda. Government's Motion for Downward Departure.

Defendant (09)Maria Mercedes Zepeda present in custody.

Sentencing to Count 1 of the First Superseding Indictment and to the Felony Information as to Defendant (09)Maria Mercedes Zepeda-CONTINUED to 3/6/2007 @900amDAE.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager