# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/6/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00176DAE |
| CASE NAME: | USA v. (09)Maria Mercedes Zepeda |
| ATTYS FOR PLA: | Jonathan Loo |
| ATTYS FOR DEFT: | Alan Dressler |
| USPO: | Ellie Asasaki |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 3/6/2007 | TIME: | 9:00am-9:10am(m/d) 9:10am-9:40am |

COURT ACTION:  EP: Sentencing to Count 1 of the First Superseding Indictment and to the Felony Information as to Defendant (09)Maria Mercedes Zepeda. Government's Motion for Downward Departure.

Defendant (09)Maria Mercedes Zepeda present in custody.

The Memorandum Plea Agreement is accepted.

Safety valve applies.

Government's Motion for Downward Departure-GRANTED.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant (09)Maria Mercedes Zepeda.

SENTENCE:

Imprisonment:   TIME SERVED, as to each of Count 1 of the Indictment, and Count 1 of the Information, with all such terms to run concurrently

Supervised Release:   5 YEARS, as to Count 1 of the Indictment, 3 YEARS as to Count 1 of the Information, with all such terms to run concurrently

CONDITIONS:

1. Defendant shall abide by the standard conditions of supervision.

2. Defendant shall not commit any federal, state, or local crimes.

3. Defendant shall not possess illegal controlled substances.

4. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase up to one valid drug test per day.

5. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

6. Defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. Defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

7. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

8. Defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

10. Defendant shall surrender her passport to the U.S. Probation Office and not obtain a new passport.

11. Defendant shall submit to removal proceedings, including deportation or exclusion, as required by the Department of Homeland Security. Defendant shall not enter the United States without proper written authorization.

Special Assessment: $200.00. No fine.

JUDICIAL RECOMMENDATION: Transfer to Northern California facility.

Defendant advised of her right to appeal.

Government's Oral Motion to Dismiss All Remaining Counts of the Indictment as to this Defendant Only - GRANTED.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager